No. 89–1753. GARDNER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 89–1767. WILK ET AL. v. JOINT COMMISSION ON ACCREDITATION OF HOSPITALS ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1785. LAROUCHE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6581. VINCENT v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 89–6715. RINGSTAFF v. HOWARD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–6757. BOLES v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 89–6795. MCCARTER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–6832. CRAWFORD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6872. DALY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6927. OWENS-EL v. O'BRIEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6964. ARTERBURN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6986. ALEXANDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6990. HERRERO ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–7003. CLEMMONS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–7087. PAREZ v. STATE BAR OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.